STATE v. HANNA.

STATE v. E. F. HANNA.

(Decided March 15, 1898).

*Criminal Court—Appeal—Jurisdiction.*

No appeal lies direct to this Court from a criminal or other inferior Court.

INDICTMENT for a criminal offence tried before *Sutton, J.,* and a jury at July Term, 1897, of NEW HANOVER Superior Court. The defendant was convicted and appealed direct to this Court.

*Mr. Zeb V. Walser, Attorney General,* for the State.
*Mr. John D. Bellamy* for defendant (appellant).

*Per Curiam:* This was an appeal taken direct to this court from the Eastern Criminal Circuit Court. The

appeal should have been taken to the Superior Court of New Hanover. It has been held at this term in *State v. Ray*, and *Pate ex rel Railroad Commission* v. *Railroad Co.*, that appeals lie to this court only from the Superior Courts.

Appeal dismissed.